UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Southern Utah Wilderness Alliance, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 1:20-cv-03654 |
| David Bernhardt, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION FOR ADMISSION PRO HAC VICE
OF STEPHEN HENRY MORRIS BLOCH**

Movant William N. Lawton, on behalf of Plaintiffs SOUTHERN UTAH WILDERNESS ALLIANCE, LIVING RIVERS, and CENTER FOR BIOLOGICAL DIVERSITY respectfully moves this Court pursuant to LCvR 83.2 of the Rules of the Federal District Court for an Order allowing the admission of Stephen Henry Morris Bloch as attorney *pro hac vice* to appear as counsel for PLAINTIFFS SOUTHERN UTAH WILDERNESS ALLIANCE, LIVING RIVERS AND CENTER FOR BIOLOGICAL DIVERSITY. In support of this motion, Plaintiffs submit the attached declarations of Mr. Bloch, and state as follows:

1. Mr. Bloch received his J.D. from the University of Utah S.J. Quinney College of Law in 1997, and was admitted to the Bar of the State of Utah in 1997, where he is a member in good standing.

2. Mr. Bloch is currently admitted *pro hac vice* in two other matters pending before the U.S. District Court for the District of Columbia: *The Wilderness Society v. Trump*, 1:17cv2587 TSC and *Natural Resources Defense Council v. Trump*, 1:17cv2606 TSC.

3. As the attached declaration certifies, Mr. Bloch is personally familiar with the Local Rules of this Court, the U.S. Judicial Code, the Federal Rules of Civil Procedure, and the

Code of Professional Responsibility of the Court of Appeals for the District of Columbia, and he will faithfully adhere to all such rules.

    4.    Mr. Lawton is admitted to practice before this Court.

                                              Respectfully submitted,

                                              /s/ William N. Lawton
                                              William N. Lawton
                                              DC Bar No. 1046604
                                              EUBANKS & ASSOCIATES PLLC
                                              1331 H Street NW, Suite 902
                                              Washington, DC 20005
                                              nick@eubankslegal.com

Dated December 16, 2020                          Counsel for Plaintiffs