**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Southern Utah Wilderness Alliance, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:20-cv-03654 |
| | ) | |
| David Bernhardt, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Stephen Bloch in the

above-captioned matter and the Declaration of Stephen Bloch in support thereof, it is this

_____ day of _____, 2020, hereby

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that Stephen Bloch is hereby admitted to appear *pro hac vice* in all court

proceedings in the above-captioned matter.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE