# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 20-3654 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 9, 33, 40 |
| | : | | |
| DAVID BERNHARDT, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |
| | : | | |
| PURE HELIUM, LLC, | : | | |
| Defendant-Intervenor. | : | | |

# ORDER

### DENYING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motions for temporary restraining order and preliminary injunction (ECF Nos. 9, 33) are **DENIED**. Plaintiffs' motion for leave to file (ECF No. 40) is **GRANTED**.

**SO ORDERED**.

Dated: January 12, 2021                           RUDOLPH CONTRERAS
                                                  United States District Judge