UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br><br>　　Federal Defendants,<br><br>　　and<br><br>PURE HELIUM, LLC, *et al.*,<br><br>　　Defendant-Intervenors. | Case No. 1:20-cv-03654-RC<br>The Honorable Rudolph Contreras |

**JOINT STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 6(b)(1) and 16(b)(4), Plaintiffs and Federal Defendants respectfully submit this joint stipulated motion to extend the current briefing schedule in this case by 30 days. This is the parties' third request to extend the briefing schedule.

Good cause exists to extend the merits briefing schedule in this action a third time. A further extension of the merits briefing schedule will allow Plaintiffs and Federal Defendants time to discuss potential settlement of the matter. Extending the briefing schedule for 30 days would thus conserve the Court's and the parties' time and resources.

Plaintiffs and Federal Defendants therefore jointly request an extension of the deadlines previously established in this Court's September 7, 2021 minute order as follows:

1. Federal Defendants' and Defendant-Intervenors' respective motions for summary judgment and opposition to Plaintiffs' motion for summary judgment will be filed on or before December 9, 2021.

2. Plaintiffs combined opposition to Defendants' and Defendant-Intervenors' respective motions for summary judgment will be filed on or before January 6, 2021.

3. Federal Defendants' and Defendant-Intervenors' replies in support of their respective motions for summary judgment will be filed on or before January 20, 2021.

Counsel for Intervenor-Defendants state that Pure Helium and NAH Utah do not oppose this motion.

Dated: November 9, 2021                             Respectfully submitted,

                                                    TODD KIM
                                                    Assistant Attorney General
                                                    United States Department of Justice
                                                    Environment and Natural Resources Div.

                                                     /s/ *Arwyn Carroll*
                                                    ARWYN CARROLL
                                                    Trial Attorney, Natural Resources Section
                                                    Massachusetts Bar No. 675926
                                                    P.O. Box 7611
                                                    Washington, D.C. 20044-7611
                                                    Phone:  202-305-0465
                                                    Fax:  202-305-0506
                                                    arwyn.carroll@usdoj.gov

                                                    *Counsel for Federal Defendants*


                                                    /s/ *Stephen H.M. Bloch* (with permission)
                                                    Stephen H.M. Bloch (*pro hac vice*)
                                                    Landon Newell (*pro hac vice*)

                                                    Southern Utah Wilderness Alliance
                                                    425 East 100 South
                                                    Salt Lake City, UT 84111
                                                    (801) 486-3161

steve@suwa.org
landon@suwa.org

William S. Eubanks II
D.C. Bar No. 987036

William N. Lawton
D.C. Bar No. 1046604

Eubanks & Associates, PLLC
1331 H Street NW, Suite 902
Washington, DC 20005
(970) 703-6060
bill@eubankslegal.com
nick@eubankslegal.com

*Counsel for Plaintiffs Southern Utah Wilderness Alliance, Center for Biological Diversity and Living Rivers*

Sharon Buccino
D.C. Bar No. 432073

Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
(202) 289-6868
sbuccino@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*