UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br><br>Federal Defendants,<br><br>and<br><br>PURE HELIUM, LLC, *et al.*,<br><br>Defendant-Intervenors. | Case No. 1:20-cv-03654-RC<br>The Honorable Rudolph Contreras |

**JOINT MOTION FOR A SIXTY-DAY STAY OF PROCEEDINGS**

Plaintiffs and Federal Defendants respectfully move this Court for an order staying all deadlines and proceedings in this case for sixty days, until February 7, 2022, to facilitate a negotiated final resolution to this case. This is Plaintiffs' and Federal Defendants' first request for a stay of this litigation.

Good cause exists to stay this litigation, and thus Plaintiffs and Federal Defendants respectfully request that the Court exercise its inherent "power to stay proceedings." *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Plaintiffs and Federal Defendants have been engaged in earnest settlement discussions and require a stay to finalize the terms of a settlement agreement and obtain the necessary approvals to formally enter into such an agreement. Moreover, achieving settlement in this case will serve the interests of judicial efficiency and economy by

avoiding further time-consuming and costly litigation, thus conserving the resources of the Court and the parties.

If at the end of the period of stay Plaintiffs and Federal Defendants are still in the midst of finalizing settlement, they will file a joint status report updating the Court on the status of negotiations. However, if at the end of the period of stay Plaintiffs and Federal Defendants agree that they cannot reach a settlement, the parties will submit a proposed amendment to the briefing schedule previously established in this Court's November 10, 2021 Minute Order.

Counsel for Intervenor-Defendants have indicated that they do not oppose this motion.

Dated: December 8, 2021

Respectfully submitted,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

 /s/ *Michelle-Ann C. Williams*
MICHELLE-ANN C. WILLIAMS
Trial Attorney (MD Bar),
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  202-305-0420
Fax:  202-305-0506
michelle-ann.williams@usdoj.gov

*Counsel for Federal Defendants*


/s/ *Stephen H.M. Block (w/perm.)*
Stephen H.M. Bloch (*pro hac vice*)
Landon Newell (*pro hac vice*)

Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111

(801) 486-3161
steve@suwa.org
landon@suwa.org

William S. Eubanks II
D.C. Bar No. 987036

William N. Lawton
D.C. Bar No. 1046604

Eubanks & Associates, PLLC
1331 H Street NW, Suite 902
Washington, DC 20005
(970) 703-6060
bill@eubankslegal.com
nick@eubankslegal.com

*Counsel for Plaintiffs Southern Utah Wilderness Alliance, Center for Biological Diversity and Living Rivers*

Sharon Buccino
D.C. Bar No. 432073

Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
(202) 289-6868
sbuccino@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*