UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br><br>Federal Defendants,<br><br>and<br><br>PURE HELIUM, LLC, *et al.*,<br><br>Defendant-Intervenors. | Case No. 1:20-cv-03654-RC<br>The Honorable Rudolph Contreras |

**JOINT STATUS REPORT**

On December 8, 2021, the Court granted Plaintiffs' and Federal Defendants' joint motion for a stay of all deadlines and proceedings in this case for sixty days, to facilitate a negotiated final resolution to this case. On June 9, 2022, following a series of joint status reports requesting continuations of the stay, the Court ordered the parties to file a joint status report on or before July 8, 2022, updating the Court on the status of those negotiations. *See* Order of June 9, 2022.

Plaintiffs and Federal Defendants have reached an agreement in principle on the terms of a settlement agreement. They respectfully request that the stay of proceedings in this action be continued for another thirty days, until August 8, 2022, to allow them to discuss the proposed settlement with intervenors and obtain the necessary approvals to formally enter into such an agreement. Achieving settlement in this case will serve the interests of judicial

efficiency and economy by avoiding further time-consuming and costly litigation, thus conserving the resources of the Court and the parties.

If at the end of the period of stay Plaintiffs and Federal Defendants are still in the midst of finalizing settlement, they will file a further joint status report updating the Court on the status of negotiations. However, if at the end of the period of stay Plaintiffs and Federal Defendants agree that they cannot finalize a settlement, the parties will submit a proposed amendment to the briefing schedule previously established in this Court's November 10, 2021 Minute Order.

Dated: July 8, 2022                                          Respectfully submitted,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

 /s/ *Arwyn Carroll*
ARWYN CARROLL
Trial Attorney, Mass. Bar No. 675926
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  202-305-0465
Fax:  202-305-0506
arwyn.carroll@usdoj.gov

*Counsel for Federal Defendants*


/s/ *Landon Newell (w/ permission)*
Stephen H.M. Bloch (*pro hac vice*)
Landon Newell (*pro hac vice*)

Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161

steve@suwa.org
landon@suwa.org

William S. Eubanks II
D.C. Bar No. 987036

William N. Lawton
D.C. Bar No. 1046604

Eubanks & Associates, PLLC
1331 H Street NW, Suite 902
Washington, DC 20005
(970) 703-6060
bill@eubankslegal.com
nick@eubankslegal.com

*Counsel for Plaintiffs Southern Utah Wilderness Alliance, Center for Biological Diversity and Living Rivers*

Sharon Buccino
D.C. Bar No. 432073

Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
(202) 289-6868
sbuccino@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*