## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> PURE HELIUM, LLC, *et al.*, <br><br> Intervenor-Defendants. | Case No. 1:20-cv-03654-RC <br> The Honorable Rudolph Contreras |

## STIPULATED DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and through the parties undersigned counsel, Plaintiffs Southern Utah Wilderness Alliance, Natural Resources Defense Council, Center for Biological Diversity, and Living Rivers; Federal Defendants Debra Haaland, in her official capacity as Secretary of the United States Department of the Interior, Tracy Stone-Manning, in her official capacity as Director of the Bureau of Land Management (BLM), Kent Hoffman, in his official capacity as Deputy State Director, Division of Lands and Minerals, of the BLM's Utah State Office, and Roger Bankert, in his official capacity as Field Office Manager, of the BLM's Vernal Field Office; and Intervenor-Defendants Pure Helium, LLC and NAH Utah, LLC hereby stipulate to the dismissal of this action without prejudice.  Intervenor-Defendant Pure Helium, LLC's stipulation is conditioned on the inclusion of the following statement:

**<u>Statement of Intervenor-Defendant Pure Helium on Stipulated Dismissal:</u>**

Intervenor, Pure Helium, LLC, was generally excluded from settlement discussions in this case. Counsel for Pure Helium communicated to counsel for Federal Defendants on multiple occasions its need to participate in settlement discussions between the BLM and Plaintiffs, but Pure Helium never received a response. Instead, Pure Helium was presented with an already-negotiated agreement with little opportunity to provide input or alter its terms. Despite these circumstances, Pure Helium will stipulate to dismissal of this case.

Each party shall bear their own costs and attorneys' fees.

DATED: December 13, 2022

/s/ Stephen Bloch

_____

Stephen H.M. Bloch (*pro hac vice*)
Landon Newell (*pro hac vice*)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
landon@suwa.org

William S. Eubanks II
D.C. Bar No. 987036
EUBANKS & ASSOCIATES, PLLC
1331 H Street NW, Suite 902
Washington, DC 20005
(970) 703-6060
bill@eubankslegal.com

*Counsel for Plaintiffs Southern Utah Wilderness Alliance, Center for Biological Diversity and Living Rivers*

Sharon Buccino

D.C. Bar No. 432073
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW, Suite 300
Washington, D.C. 20005
(202) 289-6868
sbuccino@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

Todd Kim
Assistant Attorney General
UNITED STATES DEPARTMENT OF JUSTICE
ENVIRONMENT AND NATURAL RESOURCES DIVISION

/s/ Michael Sawyer (*signed with permission*)
_____
Arwyn Carroll, Trial Attorney
Michael S. Sawyer, Senior Attorney
NATURAL RESOURCES SECTION
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0465 (Carroll)
(202) 514-5273 (Sawyer)
arwyn.carroll@usdoj.gov
michael.sawyer@usdoj.gov

*Counsel for Federal Defendants*

Hadassah Reimer (*signed with permission*)
_____
Hadassah Marie Reimer
HOLLAND & HART LLP
P.O. Box 68
645 South Cache Street, Suite 100
Jackson, WY 83001
(307) 739-9741
hmreimer@hollandhart.com

Kristen A. Nichols
Kristina R. Van Bockern
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
(303) 290-1613 (Nichols)

(303) 295-8107 (Van Bockern)
kanichols@hollandhart.com
trvanbockern@hollandhart.com

*Counsel for Intervenor-Defendant NAH,
Utah, LLC*

/s/ Alison Garner (*signed with permission*)

_____

Alison D. Garner
Mark Benjamin Machlis (*pro hac vice*)
DORSEY & WHITNEY LLP
111 South Main Street, Suite 1200
Salt Lake City, UT 84111
(801) 933-7360
garner.alison@dorsey.com
machlis.ben@dorsey.com

*Counsel for Intervenor-Defendant Pure
Helium, LLC*